# VERIFIED RETURN OF SERVICE

Job # S250636

**Client Info:**

MALATESTA LAW OFFICE
Frank Malatesta
871 Venetia Bay Boulevard, Suite 235
Venice, FL  34285

**Case Info:**

**PLAINTIFF:**
JEREMIAH J. MELCHOR
 -versus-
**DEFENDANT:**
BOHEMIOS WINE & BEER ST PETE LLC; ET AL.

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

Court Case # **8:25-cv-03131-JSM-CPT**

**Service Info:**

Received by Doreen Campbell: on December, 2nd 2025 at **04:45 PM**
**Service:** I Served **RONALDO ZELEDON**
With: **SUMMONS IN A CIVIL ACTION; COMPLAINT AND JURY DEMAND; EXHIBIT A; CIVIL COVER SHEET**
by leaving with **RONALDO ZELEDON, PERSONALLY**

**At Business 875 CENTRAL AVE SAINT PETERSBURG, FL 33701**
Latitude: **27.771303**,   Longitude: **-82.646112**

On **12/9/2025** at **12:25 PM**
**Manner of Service: INDIVIDUAL**
F.S. 48.031(1) INDIVIDUAL SERVICE

**Military Status:**

**Military Status = No**

I **Doreen Campbell** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

_(signature)_

**Doreen Campbell**
Lic # **APS 35262**

**Accurate Serve of Sarasota**
5077 Fruitville Road, Suite 109, #221
Sarasota, FL 34232

Client # S250636
Ref # 83911




AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| JEREMIAH J. MELCHOR | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 8:25-cv-3131 |
| BOHEMIOS WINE & BEER ST PETE LLC, and RONALDO ZELEDON, individually, | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  RONALDO ZELEDON
875 CENTRAL AVE
SAINT PETERSBURG, FL 33701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MALATESTA   LAW   OFFICE
Frank M. Malatesta, Esq.
871 Venetia Bay Blvd., Suite 235
Venice, FL 34285

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: November 19, 2025         LindsayRichards
                                          *Signature of Clerk or Deputy Clerk*